AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>EDWARD LEE RAIBURN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 4:19-MJ-680 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12 and 15, 2019__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Chris Thomas/Task Force Officer, FBI
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 10/01/2019

*Judge's signature*

City and state: Des Moines, Iowa

Celeste F. Bremer, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
3:13 pm, Oct 01 2019