RECEIVED

NOV 1 3 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:19-CR-206 |
| v. ) | |
| ) | |
| EDWARD LEE RAIBURN, ) | INDICTMENT |
| ) | |
| Defendant. ) | 18 U.S.C. § 2251(a) |
| ) | 18 U.S.C. § 2251(e) |
| ) | 18 U.S.C. § 2253 |
| ) | 18 U.S.C. § 2422(b) |
| ) | 18 U.S.C. § 2423(b) |
| ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Production of Child Pornography)**

On or about August 12, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a photographic "selfie" image of Child Victim #1 engaging in sexually explicit conduct. Defendant EDWARD LEE RAIBURN knew and had reason to know that such visual depiction would be transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems. Said visual depiction was produced and transmitted using materials that have been transported in interstate commerce, specifically an Alcatel cellular telephone. Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

On or about August 15, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a photographic "selfie" image of Child Victim #1 engaging in sexually explicit conduct. Defendant EDWARD LEE RAIBURN knew and had reason to know that such visual depiction would be transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems. Said visual depiction was produced and transmitted using materials that have been transported in interstate commerce, specifically an Alcatel cellular telephone. Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

On or about August 23, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a photographic "selfie" image of Child Victim #1 engaging in sexually explicit conduct. Defendant EDWARD LEE RAIBURN knew and had reason to know that such visual depiction would be transmitted using a means and facility of interstate

commerce, specifically the cellular telephone systems. Said visual depiction was produced and transmitted using materials that have been transported in interstate commerce, specifically an Alcatel cellular telephone. Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Production of Child Pornography)**

On or about August 26, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did knowingly employ, use, persuade, induce, entice, and coerce a minor, Child Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, specifically a photographic "selfie" image of Child Victim #1 engaging in sexually explicit conduct. Defendant EDWARD LEE RAIBURN knew and had reason to know that such visual depiction would be transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems. Said visual depiction was produced and transmitted using materials that have been transported in interstate commerce, specifically an Alcatel cellular telephone. Said visual depiction was actually transmitted using a means and facility of interstate commerce, specifically the cellular telephone systems.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Attempted Enticement of a Minor)**

During the period beginning about August 9, 2019, and continuing to on or about August 31, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did use a facility and means of interstate commerce, specifically the cellular telephone systems, to knowingly attempt to persuade, induce, entice, and coerce a person who is under 18 years of age, that is Child Victim #1, to engage in any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Interstate Travel with Intent to Engage in a Sexual Act with a Minor)**

On or about August 9, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did travel in interstate commerce, that is from Oklahoma to Iowa, with a motivating purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, specifically a sexual act with Child Victim #1, a person who was under 16 years of age and is at least four years younger than defendant.

This is a violation of Title 18, United States Code, Section 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>
**(Interstate Travel with Intent to Engage in a Sexual Act with a Minor)**

On or about August 30, 2019, in the Southern District of Iowa, and elsewhere, defendant EDWARD LEE RAIBURN did travel in interstate commerce, that is from Oklahoma to Iowa, with a motivating purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, specifically a sexual act with Child Victim #1, a person who was under 16 years of age and is at least four years younger than defendant.

This is a violation of Title 18, United States Code, Section 2423(b).

**THE GRAND JURY FURTHER FINDS:**

<u>Notice of Forfeiture</u>

If the defendant, EDWARD LEE RAIBURN, is convicted of the offense alleged in Counts 1, 2, 3. 4, 5, 6, or 7 of this indictment, the defendant shall forfeit to the United States his interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: a Motorola Moto E5 Play, Model #XT1921-3 cellular phone and a Samsung Galaxy S10 Model # SM-G973U cellular phone.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

                                              FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney