IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br>v.<br><br>EDWARD LEE RAIBURN,<br><br>　　　Defendant. | Criminal No. 4:19-cr-00206-RGE<br><br>**SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM TO OBJECT TO THE PROPOSED SPECIAL CONDITION AT PARAGRAPH 146a** |

　　　Undersigned counsel, on behalf of Defendant Edward Raiburn, submits this supplement to his sentencing memorandum to object to the recommended special condition of supervision from the U.S. Probation Office at paragraph 146a of the PSR.[1]

　　　The recommended condition at paragraph 146a of the PSR is overbroad. As written, it permits the U.S. Probation Office to require that Defendant submit to periodic polygraph testing (a) to ensure compliance with the requirements of treatment programming, and (b) to ensure compliance with the other requirements (i.e., other conditions) of supervision. The condition does not include any limitation on possible demands by the U.S. Probation Office for a polygraph examination, other than that they be "periodic." It does not include a "reasonable suspicion" requirement – like there is for the search conditions summarized at paragraph 156 of the Final PSR – that the U.S. Probation Office require the polygraph test of Defendant related to compliance with the requirements of supervision *only* when the U.S. Probation Officer has reasonable suspicion that a violation of the conditions of supervision has occurred. It would permit the U.S. Probation Office to conduct a polygraph examination at its discretion about Defendant's compliance with

---

[1] Paragraph 146a of the PSR was added to the Final PSR; it was not contained in the Draft PSR.

supervision, whenever and for whatever reason, and possibly for no reason, and then require that Defendant pay for the polygraph examination.

While Defendant has no objection to the requirement that Defendant submit to a polygraph examination as part of treatment (*see* Draft PSR ¶ 146), Defendant objects to the requirement that he submit to a polygraph examination, as demanded by the U.S. Probation Office, about "the requirements of [his] supervision." Mr. Raiburn requests that the language of paragraph 146 and 146a of the Final PSR be amended to reflect the language proposed in the Draft PSR at paragraph 146.

Respectfully submitted,

 */s/ Andrew Graeve*
Andrew Graeve
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
EMAIL:  andrew_graeve@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
  /s/ Theresa McClure